# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.  4:02cr65-RH/WCS
                                                  4:08cv78-RH/WCS

TRENTON DENORM GREEN,

      Defendant.

_____/

## ORDER DENYING § 2255 MOTION

This case is before the court on the magistrate judge's report and recommendation (document 120).  No objections have been filed.  Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is DENIED WITH PREJUDICE."  The clerk must close the file.

      SO ORDERED on May 19, 2009.

                                             s/Robert L. Hinkle
                                             Chief United States District Judge